

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2013

No. 04-13-00469-CR

Darwin Glenn **ROSS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 82nd District Court, Robertson County, Texas
Trial Court No. 08-06-18481-CR
Honorable Robert Miller Stem, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 2, 2013.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2013.

Keith E. Hottle, Clerk